**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

MDL No: **2261**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket Nos. **6 & 7**

**MAJOR DEFICIENCY LIST**
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice** (This is a follow-up to a phone call on June 1, 2011 in which no one responded.)

  x   Add Corporate Parent Companies, Affiliates and Subsidiaries

> **Action Required: Please docket an Amended Corporate Disclosure Statement and follow all steps which include adding corporate parents, affiliates and subsidiaries to the case(s).**

Please File document using the Corporate Disclosure Statement (Amended) event.

   ***The time allotted to correct deficiencies is subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: June 6, 2011**

Dated: **June 3, 2011**

　　　　　　　　　　　　　　　　　　　　　　　　　FOR THE PANEL:

　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffery N. Lüthi
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Panel